# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| JOSE M. VALENCIA-SANDOVAL,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST MORTGAGE CORP., *et al.*,<br><br>Defendants. | 2:17-cv-02982-APG-VCF<br><br>**ORDER** |

Before the Court is the Notice of Settlement Between Jose M. Valencia-Sandoval and Equifax Information Services, LLC (ECF No. 6).

Accordingly,

IT IS HEREBY ORDERED that a proposed stipulation and order for dismissal between Valencia-Sandoval and Equifax must be filed on or before February 28, 2018.

DATED this 2nd day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE