**McCARTHY & HOLTHUS, LLP**
Kristin A. Schuler-Hintz (NSB# 7171)
khintz@mccarthyholthus.com
Thomas N. Beckom, Esq. (NSB# 12554)
tbeckom@mccarthyholthus.com
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
 Telephone:   (702) 685-0329
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE M. VALENCIA-SANDOVAL<br><br>Plaintiff,<br><br>V.<br><br>FIRST MORTGAGE CORP; EQUIFAX INFORMATION SERVICES, LLC<br><br>Defendants. | Case No. 2:17-cv-02982-APG-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER** |

COMES FIRST MORTGAGE CORPORATION, (hereinafter "FMC") on the one hand by and through their counsel of record Thomas N. Beckom, Esq of the law firm of McCarthy & Holthus LLP; and JOSE M. VALENCIA-SANDOVAL ("Plaintiff") by and through their counsel of record Rachel B. Saturn, Esq of the law firm of Haines & Krieger, LLC and hereby file this Stipulation and Order for an Extension of time to file FMC's answer.

**RECITALS**

1. On December 22, 2017 FMC appeared in this action via the Notice of Appearance at Docket No. 5.

2. FMC is desirous of additional time to analyze this complaint and file an appropriate response.

3. In addition, the holiday season has also resulted in slight delays due to personal matters between the parties and holiday travel plans.

4. The parties however agree on that basis for a stipulation to extend time for FMC to respond to the Plaintiff's complaint.

## **STIPULATION**

It is hereby **STIPULATED** that FMC shall have until January 22, 2018 to respond to the Plaintiff's Complaint

DATED this 5th day of January, 2018          DATED this 5th day of January, 2018

**HAINES & KRIEGER, LLC**                    **McCARTHY & HOLTHUS, LLP**

/s/ Rachel Saturn, Esq                       /s/ Thomas N. Beckom, Esq
Rachel Saturn, Esq                           Kristin A. Schuler-Hintz, Esq
Nevada Bar No. 8653                          Nevada Bar No. 7171
8985 S. Eastern Ave. Suite 350               Thomas N. Beckom, Esq
Las Vegas, NV 89123                          Nevada Bar No. 12554
Attorney for *Plaintiff*                     9510 West Sahara Avenue, Suite200
                                             Las Vegas, Nevada 89117
                                             *Attorney for First Mortgage Corporation*

**IT IS SO ORDERED**

DATED this  8th  day of  January , 2018

_____
UNITED STATES MAGISTRATE JUDGE