# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE M. VALENCIA-SANDOVAL, <br><br> Plaintiff <br><br> v. <br><br> FIRST MORTGAGE CORP., et al., <br><br> Defendants | Case No.: 2:17-cv-02982-APG-VCF <br><br> **Order for Stipulation of Dismissal or Status Report** |

On March 8, 2018, the parties informed the court that a settlement had been reached between the plaintiff and defendant First Mortgage Corp. ECF No. 18. The parties stated they anticipated filing a stipulation to dismiss within 60 days. More than 60 days have passed and no stipulation has been filed.

IT IS THEREFORE ORDERED that plaintiff Jose M. Valencia-Sandoval and defendant First Mortgage Corp. shall file either a stipulation to dismiss or a status report on or before July 13, 2018.

DATED this 2nd day of July, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE