David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, JOSE M. VALENCIA-SANDOVAL*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

JOSE M. VALENCIA-SANDOVAL,

    Plaintiff,

v.

FIRST MORTGAGE CORP.;
EQUIFAX INFORMATION
SERVICES, LLC,

    Defendants.

Case No. 2:17-cv-02982-APG-VCF

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>FIRST MORTGAGE ONLY</u>**

  Plaintiff JOSE M. VALENCIA-SANDOVAL and Defendant FIRST MORTGAGE CORP. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to,

…

…

and **ONLY as to, FIRST MORTGAGE CORP**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: July 11, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Thomas N. Beckom, Esq. |
| David H. Krieger, Esq. | Thomas N. Beckom, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 12554 |
| HAINES & KRIEGER, LLC | MCCARTHY & HOLTHUS, LLP |
| 8985 S. Eastern Avenue | 9510 West Sahara Avenue |
| Suite 350 | Suite 200 |
| Henderson, Nevada 89123 | Las Vegas, NV 89117 |
| *Attorney for Plaintiff Jose M. Valencia-Sandoval* | *Attorney for Defendant First Mortgage Corporation* |

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: July 12, 2018